BLAINE G. SNOOK and Others, Appellants, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Order affirmed, with costs. All concurred.

EVELYN L. SNYDER, an Infant, by BERTHA M. SNYDER, Her Guardian ad Litem, Appellant, v. BERKSHIRE LIFE INSURANCE COMPANY, Respondent. BERENICE M. SNYDER, an Infant, by BERTHA M. SNYDER, Her Guardian ad Litem, Appellant, v. BERKSHIRE LIFE INSURANCE COMPANY, Respondent.— In each case judgment affirmed, with costs. All concurred.

SYRACUSE LIGHTING COMPANY, Respondent, v. ONONDAGA HOTEL COMPANY and Another, Defendants, Impleaded with AMSTERDAM BUILDING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.